IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10115-STA |
| NICHOLE TURNER, ) | |
| Defendant. ) | |

___

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

___

This cause came to be heard on April 12, 2019, Assistant United States Attorney, Vic Ivy, appearing for the Government and the defendant, Nichole Turner, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JULY 9, 2019 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 12th day of April, 2019.

                                                  s/ S. Thomas Anderson
                                               CHIEF JUDGE, U. S. DISTRICT COURT