IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * |
| | * CR. NO. 18-10115-STA |
| | * CR NO: 11-10056-STA |
| NICHOLE TURNER | * |
| Defendant. | * |

### ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant herein and for good cause shown, the **sentencing hearing** is hereby re-set until the 6th day of August, 2019 at 11:00am.

IT IS SO ORDERED.

DATE: June 7, 2019

s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE
