IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | CR. NO. 18-10115-STA |
| | * | CR NO: 11-10056-STA |
| NICHOLE TURNER | * | |
| Defendant. | * | |

## ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant herein and for good cause shown, the **sentencing hearings** is hereby re-set until **Tuesday, September 10, 2019 at 1:30 p.m.**

IT IS SO ORDERED.

DATE: June 14, 2019.

s/S. Thomas Anderson  
HONORABLE S. THOMAS ANDERSON  
CHIEF UNITED STATES DISTRICT JUDGE